```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAXIMO SANCHEZ,                                    JUDGMENT
                                                   01-CV- 2028 (JBW)
                    Petitioner,

    -against-

BRIAN FISCHER, Superintendent of
Sing Sing Correctional Facility,

                    Respondent.
------------------------------------------------------------X
```

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 30, 2004, dismissing the petition for a writ of habeas corpus on the merits; and ordering that no Certificate of Appealability is granted since no constitutional issue is raised; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed on the merits; and that no Certificate of Appealability is granted since no constitutional issue is raised.

Dated: Brooklyn, New York
       October 14, 2005

                                        ROBERT C. HEINEMANN
                                        Clerk of Court